

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carissa Mason,

Vs. No. 11-20-00029-CR

The State of Texas,

* From the 350th District Court
  of Taylor County,
  Trial Court No. 13599-D.

* April 30, 2020

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.